UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Court No. 85-cv-0387 |
| BRIAN W. HARRIS | ) |
| Defendant, | ) |
| *and* | ) |
| SOMERVILLE PROBATION DEPARTMENT | ) |
| Garnishee. | ) |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

Pursuant to 28 U.S.C. § 3205(b)(1), the Federal Debt Collection Procedures Act, the Plaintiff, United States of America, petitions the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon wages, which Somerville Probation Department, located at Somerville District Court, 175 Fellsway, Somerville, MA is believed to disburse to the Defendant, Brian W Harris (hereinafter "Harris") to satisfy a $10,788.46 judgment entered against Harris.

In support, the United States says:

1.   On August 22, 1985, a $10,788.46 judgment was entered against Harris, social security number 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, last known address of 9 Melville Road, Somerville, MA 02145 in the United States District Court for the District of Massachusetts.

2. Harris is indebted to the United States for the judgment amount of $10,788.46; plus accrued interest at the rate of 8.18 percent per annum. The total balance as of February 1, 2005 is $26,797.39.

3. The United States made demand for payment of the aforementioned debt upon Harris not less than 30 days prior to the date of this Application, and Harris has failed to satisfy the debt.

4. The United States believes the Garnishee, Somerville Probation Department, disburses wages to Harris, and that Harris has a substantial nonexempt interest in such wages.

WHEREFORE, the United States of America petitions the Clerk of the United States District Court to issue a Writ of Garnishment upon wages, which Somerville Probation Department is believed to disburse to Harris, to satisfy the $10,788.46 judgment entered against Harris on August 22, 1985.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Christopher R. Donato

CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: February 9, 2005