UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>BRIAN W HARRIS<br>        Defendant,<br><br>*and*<br><br>SOMERVILLE PROBATION DEPARTMENT<br>        Garnishee. | )<br>)<br>)<br>)<br>)<br>)  Court No. 85-cv-0387<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WRIT OF CONTINUING GARNISHMENT

GREETINGS TO:

Somerville Probation Department
Somerville District Court
175 Fellsway
Somerville, MA  02145

    The United States of America believes that you disburse wages to the defendant, Brian W Harris, (hereinafter "Harris") and that he/she has a substantial nonexempt interest in such wages.

    On August 22, 1985, judgment was entered against Harris in the United States District Court for the District of Massachusetts.

    Harris, whose last known address is 9 Melville Road, Somerville, MA 02145, is indebted to the United States for the judgment amount of $10,788.46, plus accrued interest at the rate of 8.18 percent per annum. The total balance as of February 1, 2005 is $26,797.39.

    Pursuant to 28 U.S.C. § 3205(c), you must state under oath in your written answer to this Writ whether you have in your custody, control, or possession any property owned by Harris, including disposable income, and, if so, you must describe such property and the value of such interest. You must then describe any previous garnishments to which such property is subject

and the extent to which any remaining property is not exempt. You must also state the amount of debt, if any, you anticipate owing to Harris in the future and the type of payment schedule.

You must withhold and retain any property that Harris has a substantial nonexempt interest and for which you are or may become indebted to Harris pending further order of the Court. Property that is exempt from this Writ is listed on the attached Claim for Exemption form.

You must file, within ten (10) days of service of this Writ, your original written answer to this Writ with the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. You must also serve a copy of your answer to this Writ upon both Brian W Harris, 9 Melville Road, Somerville, MA 02145 and Christopher R. Donato, Assistant U.S. Attorney, Financial Litigation Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to answer this Writ and to so withhold property before the appearance date. If you fail to appear, or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of Harris's nonexempt property. It is illegal to pay or deliver to Harris any item attached by this Writ.

Pursuant to 15 U.S.C. § 1674, you are prohibited from discharging Harris from employment because his/her earnings have been subjected to garnishment for any one indebtedness.

                Tony Anastas
                Clerk, United States District Court

        By:
                _____
                Deputy Clerk

Dated: